**Opinion issued November 10, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-15-00934-CV

_____

## IN RE CELIA REAR, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Celia Rear, filed a petition for writ of mandamus on November 3, 2015, seeking to compel the respondent trial judge to vacate her oral order, made during a hearing on February 5, 2015, denying the relator's plea to the jurisdiction and request for the court to decline jurisdiction in the underlying petition to modify

the parent-child relationship.[1]  Relator also filed a motion for emergency stay of jury trial on November 3, 2015, seeking a stay of the pretrial conference set for November 6, 2015, and the jury trial set for November 16, 2015, pending resolution of her petition.  On November 3, 2015, the real party in interest, Jason Edward Minton, filed a second amended response to relator's motion.

The Court, having examined and considered the petition and appendix, motion, and response, is of the opinion that relator has not established herself entitled to the mandamus relief sought.  Accordingly, we **deny** the petition for writ of mandamus.  *See* TEX. R. APP. P. 52.8(a), (d).  We **dismiss** the motion for emergency relief as moot.

**PER CURIAM**

Panel consists of Justices Higley, Huddle, and Lloyd.

---

[1]  The underlying case is *In the Interest of S.A.M., a Child*, Cause No. 2005-04747, pending in the 311th District Court of Harris County, Texas, the Honorable Alicia Franklin York presiding.